Steel Company. No opinion. Motion denied, with $10 costs. Order filed. See, also, 121 N. Y. Supp. 1137.

KIDDER, Appellant, v. PORT HENRY IRON ORE CO. OF LAKE CHAMPLAIN et al., Respondents. (Supreme Court, Appellate Division, Third Department. March 25, 1910.) Action by George S. Kidder against the Port Henry Iron Ore Company of Lake Champlain and another. No opinion. Order affirmed, with $10 costs and disbursements.

KILLIAN, Respondent, v. HANSEN, Appellant. (Supreme Court, Appellate Division, Second Department. March 31, 1910.) Action by John D. Killian against Peter Hansen. No opinion. Judgment of the Municipal Court affirmed, with costs.

KIMMEL, Respondent, v. PRUDENTIAL INS. CO. OF AMERICA, Appellant. (Supreme Court, Appellate Division, Second Department. March 31, 1910.) Action by Louis Kimmel against the Prudential Insurance Company of America. No opinion. Judgment of the Municipal Court reversed, and new trial ordered; costs to abide the event.

KING v. HUNT et al. (Supreme Court, Appellate Division, First Department. March 18, 1910.) Action by Viola King against Frieda Hunt and others. With this case has been consolidated in this court cases bearing titles as follows: A. Schwoerer & Sons, Inc., v. Samuel Mandel et al.; Ranier Co. v. Terence P. Smith; Lillie M. Schmitt v. Irving Ottenberg et al. No opinions. Applications denied, with $10 costs. Orders signed.

KLEIN, Respondent, v. GALLIN et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 22, 1910.) Action by John Klein, as trustee in bankruptcy, etc., against Samuel Gallin and others. No opinion. Motion to resettle order granted, without costs. See, also, 136 App. Div. 382, 120 N. Y. Supp. 1036.

KLEINSTEIN, Respondent, v. GONSKY et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 31, 1910.) Action by Hyman Kleinstein against Solomon Gonsky and another. No opinion. Final order of the Municipal Court affirmed, with costs. See, also, 134 App. Div. 943, 118 N. Y. Supp. 1118.

KNAPP, Respondent, v. NEW YORK, N. H. & H. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 22, 1910.) Action by Coleman J. Knapp, as administrator, etc., against the New York, New Haven & Hartford Railroad Company.

PER CURIAM. Judgment and order reversed, and new trial granted, costs to abide the event, upon the ground that there is no evidence that the decedent either looked or listened before he went upon the railroad track, and that it affirmatively appears that if he had so looked, or if he had so listened, he might have seen or heard the approaching train and avoided the accident which resulted in his death. Harrison v. N. Y. C. H. R. R. Co., 195 N. Y. 90, 87 N. E. 802; Wieland v. Delaware & Hudson Canal Co., 167 N. Y. 26, 60 N. E. 234, 82 Am. St. Rep. 707.

HIRSCHBERG, P. J., dissents.

KOCH et al. v. RUBIN et al. (Supreme Court, Appellate Division, Second Department. April 22, 1910.) Action by Christian Koch and others against Sali Rubin and others. No opinion. Order reversed, and motion granted, on the authority of Johnston v. Donovan, 106 N. Y. 269, 12 N. E. 594, without costs. See, also, 121 N. Y. Supp. 1137.

KUPATT, Respondent, v. SANDER, Appellant. (Supreme Court, Appellate Division, Second Department. March 31, 1910.) Action by Julius Kupatt against Leo Sander. No opinion. Judgment of the Municipal Court affirmed, with costs.

In re LADEW (two cases). (Supreme Court, Appellate Division, First Department. April 15, 1910.) In the matter of Rebecca Ladew, deceased. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed. See, also, 119 N. Y. Supp. 892; 135 App. Div. 918, 120 N. Y. Supp. 1131.

LAMB, Respondent, v. FRIEDMAN, Appellant. (Supreme Court, Appellate Division, Second Department. March 31, 1910.) Action by Adam Lamb against Henry C. Friedman. No opinion. Motion to set aside default and restore case to calendar denied, with costs. See, also, 121 N. Y. Supp. 1138.

LAMB, Respondent, v. FRIEDMAN, Appellant. (Supreme Court, Appellate Division, Second Department. April 22, 1910.) Action by Adam Lamb against Henry C. Friedman. No opinion. Motion granted, on condition that the defendant pay $10 costs, perfect his appeal, and be ready for argument on the 3d day of May, 1910; otherwise, motion denied, with $10 costs. See, also, supra.

LAMBERT v. HAYS et al. (Supreme Court, Appellate Division, First Department. March 31, 1910.) Action by Meyer Lambert against Isaac M. Hays and others. No opinion. Motion granted, and question certified as stated in order. Order filed. See, also, 121 N. Y. Supp. 80.

LANG, Respondent, v. SESSLER, Appellant, et al. (Supreme Court, Appellate Division, Second Department. March 31, 1910.) Action by Samuel B. Lang against Alois Sessler and others. No opinion. Order reversed, with $10 costs and disbursements, and motion granted, with $10 costs, upon the ground that it does not appear that the examination is necessary